**Javarris LANE, Appellant,**

v.

**STATE of Florida, Appellee.**

**No. 1D13–1006.**

District Court of Appeal of Florida, First District.

Dec. 5, 2016.

Nancy A. Daniels, Public Defender, and Glen P. Gifford, Assistant Public Defender, Tallahassee, for Appellant.

Pamela Jo Bondi, Attorney General, and Virginia Chester Harris, Assistant Attorney General, Tallahassee, for Appellee.

PER CURIAM.

Javarris Lane was sentenced to life without parole for murder and an aggregate eighty years in prison for child abuse and sexual battery. In an earlier opinion, we affirmed his life sentence but reversed the term-of-years sentence. *Lane v. State,* 151 So.3d 20 (Fla. 1st DCA 2014). The Florida Supreme Court has now quashed that decision to the extent it affirmed the life sentence. *Lane v. State,* 41 Fla. L. Weekly S454, 2016 WL 5371967 (Fla. Sept.

21, 2016). Consistent with the supreme court's decision, we remand for resentencing. The trial court is directed to comply with the Florida Supreme Court order.

REMANDED FOR RESENTENCING.

LEWIS, JAY, and WINSOR, JJ., concur.